1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE RUBEN B. BROOKS)

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) CASE NO. 08MJ2532 |
| 12       Plaintiff, | ) |
| 13 v. | ) **NOTICE OF APPEARANCE** |
| 14 JEFFREY BRUCE WEIGLE, | ) |
| 15       Defendant. | ) |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                     Respectfully submitted,

22 Dated: August 25, 2008            /s/ *JENNIFER L. COON*
                                     Federal Defenders of San Diego, Inc.
23                                   Attorneys for Defendant
                                     Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 25, 2008    /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)